IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONALD THOMAS, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-855 |
| | § | |
| GC SERVICES, LP, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Donald Thomas, Jr. filed an unopposed motion to appear by telephone by the scheduling conference set for June 28, 2013 and to postpone the time of the scheduling conference. The requests are granted. Counsel are instructed to call the court at telephone number 713-250-5550 to attend the scheduling conference by telephone on **June 28, 2013**, at the new time of **10:00 a.m.** Central Daylight Time.

SIGNED on June 10, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge