**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DONALD THOMAS, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:13-CV-00855 |
| | § | |
| GC SERVICES, LP, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, DONALD THOMAS, JR, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: January 7, 2014                    Respectfully Submitted,

                                          By: /s/ Ryan Lee
                                           Ryan Lee
                                          Attorneys for Plaintiff
                                          Krohn & Moss, Ltd.
                                          10474 Santa Monica Blvd. Suite 405
                                          Los Angeles, CA 90025
                                          Tel: 323-988-2400 x241
                                          Fax: (866) 861-1390
                                          rlee@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2014, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                                                s/ Ryan Lee
                                                Ryan Lee
                                                Attorney for Plaintiff